O
JS-6

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
450 N. Brand Blvd., Suite 600
Glendale, California  91203-2349
Telephone:  (818) 291-6444
Facsimile:   (818) 291-6446

Attorneys for Plaintiff Nike, Inc.

Mr. Vernon Willix
5214 Lynns Retreat Dr.
Bowie, Maryland 20720
(240) 413-3283
Universalbargains71@yahoo.com

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Vernon Willix, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV 06-6132 CAS (FMOx) <br><br> FINAL JUDGMENT |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiff Nike, Inc. ("Plaintiff"), on the one hand, and Defendant Vernon Willix ("Defendant"), on the other hand, and good cause appearing therefore, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff is entitled to and shall recover from Defendant on Plaintiff's Complaint for Defendant's infringement the sum of Thirty Thousand Dollars ($30,000.00).

2. Plaintiff is entitled to and shall collectively recover from Defendant interest accruing upon any unpaid portion of said $30,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

DATED: February 22, 2008

*[signature: Christina A. Snyder]*

Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A P.C.

By: _____/S/_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Vernon Willix

By: ____/S/_____
    Vernon Willix
Defendant, *in pro se*